**Order entered September 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00510-CV

**PAULA PORTER, Appellant**

**V.**

**BRENDA KAY VRLA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01135-C**

## ORDER

The reporter's record in this case has not been filed. By order dated September 13, 2016, we ordered the court reporter to file, within ten days of the date of the order, either the reporter's record or written verification no hearings were recorded. We notified appellant that if we received verification from the court reporter that the reporter's record had not been requested, we would order the appeal submitted without the reporter's record. By letter dated September 14, 2016, the court reporter notified the court that appellant had not requested the reporter's record. Therefore, we **ORDER** this appeal submitted without a reporter's record.

Also, pending before the Court is appellee's September 12, 2016 motion to dismiss the appeal in which appellee states "tenant moved out" on August 23, 2016. The Court will defer ruling on this motion until submission. Appellant is **DIRECTED** to address the issue of whether

this appeal is moot in her brief.  Appellant's brief is due to be filed within **THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE